```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
DRONE DRAG RACING LEAGUE, INC.,       :     18cv4093(DLC)
                                      :
                        Plaintiff,    :        ORDER
                                      :
                -v-                   :
                                      :
DR1, LLC,                             :
                                      :
                        Defendant.    :
                                      :
------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-16-2018

DENISE COTE, District Judge:

On June 14, 2018, the defendant moved pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss the plaintiff's complaint. On July 13, the plaintiff filed an amended complaint. Accordingly, it is hereby

ORDERED that the defendant's June 14 motion to dismiss shall be terminated as moot.

IT IS FURTHER ORDERED that the initial pretrial conference scheduled for August 17 is adjourned to **September 14, 2018** at **10:30 a.m.**

Dated:   New York, New York
         July 16, 2018

                                      _____
                                             DENISE COTE
                                      United States District Judge